IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

Reverend James Thomas Carlan,      |
     Plaintiff–Relator,      |

|

|      Civil Action No.: [to be assigned]

|

UNITED STATES DISTRICT JUDGE,      |      TRIAL BY JURY DEMANDED

C. ASHLEY ROYAL,      |

     *Respondent.*      |      RIGHT TO PRESS DEMANDED

---

## WRIT OF QUO WARRANTO

COMES NOW Plaintiff–Relator, Reverend James Thomas Carlan, a living, breathing, natural man, and respectfully demands issuance of this Writ of Quo Warranto, challenging the authority of any judge, officer, or rule that purports to strip Plaintiff of his unalienable rights guaranteed by the Constitution of the United States.

1. Seventh Amendment – Unalienable Right to Jury Trial

- The Seventh Amendment secures trial by jury in all suits at common law exceeding twenty dollars.

- This right is absolute and self-executing; it requires nothing more than a showing of controversy exceeding $20.

- By what authority does Rule 12(b)(6), enacted 143 years after the Bill of Rights, purport to strip Plaintiff of this right and reassign jurisdiction from a jury to a single judge?

- No later statute or rule can diminish rights expressly secured by the Constitution.

2. First Amendment – Right to Public Trial and Press Access

- The First Amendment secures the right of the people and the press to observe and report on public proceedings, including trials.

- Courtroom camera bans, created more than 150 years after the Bill of Rights, cannot lawfully override this guarantee.

- Transparency is the safeguard of liberty; secret trials and closed proceedings are the hallmark of tyranny.

- Plaintiff's evidence (Exhibits A3-A5 & A7) shows secret meetings and jury tampering — proof that cameras are necessary to preserve accountability.

3. National Importance and Illustrative Evidence

Plaintiff's evidence demonstrates why jury trials and press access are indispensable to justice:

- Exhibit A1 – No Warrant Seizure: Video showing six officers unlawfully seizing Plaintiff's paid business licenses without warrant, the day after Plaintiff attempted to report sexual abuse and human trafficking. No body cams, no dash cams, no reports were created — clear collusion to conceal unlawful conduct.

- Exhibit A2 – Expired Tag Full Video: Video of Officer Travis Emmert initiating a retaliatory traffic stop, admitting on video that he could "turn rights into privileges" and that Plaintiff could not report crimes. This proves the City's policy of training officers to unlawfully downgrade constitutional rights into discretionary privileges.

- Exhibit A3 – Ashford  Unlawful Arrest: Video of Judge Jason Ashford arresting Plaintiff in retaliation for requesting his oath of office — without warrant, without Miranda rights, and ignoring Plaintiff's attempts to report crimes. After eight days in jail without food or water, Ashford told Plaintiff upon release that "no one's doing anything wrong" and he hoped Plaintiff would stop reporting crimes.

- Exhibit A4 – Ashford Physical Assault and Coercion: Video evidence of Judge Ashford having Plaintiff physically pulled into an empty courtroom after dismissing all jurors and witnesses, holding secret proceedings under color of law.

- Exhibit A5 – 20240729 – Another Empty Courtroom and Sexual Abuse Report: More video evidence of Judge Ashford pulling Plaintiff into empty courtrooms after dismissing all jurors and witnesses, holding secret proceedings under color of law.

- Exhibit A6 – Child Sells Marijuana Vape in Gambling Shop: Video showing a child approximately 10–12 years old selling Plaintiff a marijuana vape pen inside a gambling shop — evidence of imminent threats to public safety.

- Exhibit A7 – Affidavit of Jury Swap: Sworn affidavit of jury tampering, proving Plaintiff's lawfully selected jury was improperly swapped with others. This not only violates the Seventh Amendment, but underscores the need for cameras in the courtroom to preserve integrity.

- Exhibit A8 – Sworn Affidavit of Sexual Abuse: Sworn affidavit of sexual abuse and misconduct that was ignored by the Court, showing denial of Plaintiff's First Amendment right to petition the government and obstruction of justice.

- Exhibit A9 – DeKalb MT form: Application form from DeKalb County, GA classifying massage as "adult entertainment" and "sexual in nature," proving the State itself has conflated legitimate licensed practice with prostitution — the very abuse Plaintiff has attempted to report.

These exhibits show that Plaintiff's claims are not abstract but urgent, rooted in ongoing abuse of

authority and imminent harm to the public.

4. Chevron Doctrine Overturned – Rules Cannot Override Rights

- The Supreme Court has overturned the Chevron doctrine, ending blind deference to regulations.

- Judicially created procedural rules, like Rule 12(b)(6), cannot override or diminish explicit constitutional rights.

- To allow such a rule to cancel the Seventh Amendment would convert rights into privileges, in direct violation of the Ninth Amendment.

5. Executive Recognition of Constitutional Supremacy

- On February 19, 2025, President Trump issued Executive Order No. 14219 – Ensuring Lawful Governance and Implementing the President's Department of Government Efficiency Deregulatory Initiative.

- The Order directs that no federal judge may enforce regulations or rules in a manner that subordinates constitutional guarantees to statutory or procedural convenience.

- Judges who continue to dismiss jury demands under Rule 12(b)(6) act without lawful authority.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff–Relator respectfully demands that this Court issue a Writ of Quo Warranto, requiring Respondent Judge and all officers of this Court to show:

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Reopen Civil Action Nos. 5:25-cv-53, 5:25-cv-62, and 5:25-cv-63 pursuant to Rule 59(e) and/or Rule 60(b);

2. Vacate the prior judgments as void for want of jurisdiction and violation of constitutional rights;

3. Alternatively, enter judgment in favor of Plaintiff, as the claims are uncontested and supported by new evidence, and award Amended Complaint Prayer of Relief items;

4. In all events, grant Plaintiff his right to a jury trial on the merits unless and until Defendants or the Court can produce lawful constitutional authority showing that the Seventh Amendment right to trial by jury may be taken away. Absent such proof, this right is absolute, unalienable, and self-executing.

5. Further grant Plaintiff his right to camera access and press coverage in the courtroom unless and until Defendants or the Court can produce lawful constitutional authority showing that the First Amendment's guarantees of speech and press may be taken away. Absent such proof, this right likewise remains absolute and unalienable.

6. Award such other and further relief as this Court deems just and proper.

Plaintiff further requests that this Court certify this constitutional question for immediate appeal, as it raises issues of national importance and unsettled law requiring Supreme Court review.

Respectfully submitted this 12th day of September, 2025.

Reverend James Thomas Carlan
Plaintiff Pro Se / Sui Juris
c/o 1259 Russell Pkwy, Ste P
Warner Robins, GA 31088
(678) 824-4519
intuitionsofaps@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Writ of Quo Warranto, with attached exhibits, was served upon the following parties by U.S. Mail on this _____ day of _____, 2025:

Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303
John C. Godbold Federal Building (for courier/visitor deliveries)
96 Poplar Street, N.W.
Atlanta, GA 30303

The White House
1600 Pennsylvania Ave. N.W.
Washington, D.C. 20500

Hon. C. Ashley Royal
United States District Judge
Middle District of Georgia
U.S. Courthouse and Post Office
475 Mulberry Street
Macon, GA 31201

Respectfully submitted this 12th day of September, 2025.

Reverend James Thomas Carlan

Plaintiff Pro Se / Sui Juris
c/o 1259 Russell Pkwy, Ste P
Warner Robins, GA 31088
(678) 824-4519
intuitionsofaps@gmail.com