IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES THOMAS CARLAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-397 (MTT) |
| | * |
| Judge C. ASHLEY ROYAL, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk